John D. Sileo
Law Office of John D. Sileo
320 N. Carrollton Avenue, Suite 200
New Orleans, Louisiana 70119
(504) 483-3400 Phone
(504) 483-3447 Fax
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>Mary Twilbeck Senia, Wife of Joseph Edward Senia; Shelly Senia Hampton, Anthony Joseph Senia, Dawn Senia Childs, Darryl Senia, and Joseph E. Senia, II all individually and on Behalf of the Estate of Joseph Edward Senia v. Pfizer Inc. and Dr. Jorge M. Contreras<br>06-CV-04085 | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: December 30, 2009    By: _____

Law Office of John D. Sileo
320 N. Carrollton Avenue, Suite 200
New Orleans, Louisiana 70119

-1-

|   |                                                                                           |
|---|-------------------------------------------------------------------------------------------|
| 1 | (504) 483-3400 Phone |
| 2 | (504) 483-3447 Fax |
| 3 | DATED: Jan. 26, 2010    By: _____ |
| 4 | |
| 5 | **DLA PIPER LLP (US)** |
|   | 1251 Avenue of the Americas |
| 6 | New York, New York 10020 |
|   | Telephone: 212-335-4500 |
| 7 | Facsimile: 212-335-4501 |
|   | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 2 2 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE